136 App. Div. 340, 120 N. Y. Supp. 1020. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, J., concur.

In the Matter of Herman C. POLLACK, an attorney. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Reference ordered to official referee. Settle order on notice.

James POLLITZ, Applt., v. NEW YORK CENTRAL RAILROAD CO. et al., Respts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion granted, as stated in order, with $10 costs. No opinion. Order filed.

Samuel POLLOCK, Applt. v. CENTRAL FISH CO., Respt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Samuel POLLOCK v. CENTRAL FISH CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

Julia POLLOCK et al., as Exrs., Respts., v. Samuel SACHS et al., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Appeal from Special Term, New York County. From an order denying a motion to vacate or modify an order for examination before trial, defendants appeal. Order modified and affirmed. Appeal from order denying motion to vacate or modify order for examination before trial.

DAVIS, J. The order appealed from is modified, by directing that the order for examination shall provide that the examination of the defendant Samuel Sachs be limited to such facts as will tend to show that the plaintiffs are entitled to an accounting, to wit, to establish the agency of the defendants, and, as so modified, affirmed, without costs of this appeal. No opinion.

Julia POLLOCK et al., Applts., v. Samuel SACHS et al., Respts. (two cases). (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Julia POLLOCK et al., v. Samuel SACHS et al. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs and stay vacated. No opinion. Order filed.

Isaac POLLOCK, Respt., v. Charles J. STUMPF, Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

159 N.Y.S.—72

Laura A. PORTER, as administratrix, etc., of James J. Porter, deceased, respondent, v. CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Laura A. PORTER, as administratrix, etc., of James J. Porter, deceased, respondent, v. CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, without costs.

Catherine POWELL, Respt., v. CITY OF NEW YORK, Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Louis POWLOWSKI, an infant, etc., respt., v. NEW YORK CENTRAL & HUDSON RIVER R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Henry PRAHLER, applt., v. Worth P. GATCHEL, respt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order reversed, with costs, and verdict reinstated, and complaint amended to conform to proof. Held, that inasmuch as evidence of refusal by defendant to perform his contract, thereby waiving tender for inspection and approval, was received without objection by defendant on the ground that such evidence was inadmissible, under the complaint, because not pleaded, the trial court should have ordered the complaint to be amended to conform to the proof. All concur.

John H. PRATHER, applt., v. Michael BARRET, respt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur.

Carol PRENDERGAST, appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion granted.

Grace S. PRENDERGAST, respondent, v. Frank S. PRENDERGAST, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion denied, with $10 costs.

Grace S. PRENDERGAST, respondent, v. Frank S. PRENDERGAST, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, with $10 costs.

James O. PRESTON v. Arthur M. COX et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied. Order filed.